# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 18, 2015

## NO. 03-14-00239-CV

**Dr. Amber Brooks, D.C., Appellant**

**v.**

**Texas Medical Board and, in their official capacities only, Mari Robinson, Executive Director; Irvin Zeitler, Jr., D.O., Chair of the Disciplinary Panel; and Paulette Southard, Member of the Disciplinary Panel, Appellees**

**APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the district court on March 19, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the distirct court's judgment. Therefore, the Court affirms the district court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.